**UNITED STATED BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:
Anthony Williams

Debtor
___________________________________/

CHAPTER 7
CASE NUMBER: 16-32422

JUDGE: Daniel S. Opperman

# MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY

NOW COMES Debtor, Anthony Williams, by and through their attorney, Anthony Y. Abueita, and moves this court pursuant to 11 U.S. C. 722 and Bankrptcy Rule 6008 for a Redemption Order on the following grounds:

1. The item to be redeemed is tangible personal property intended primarily for personal, family, or household use is more particularly described as follows:

   Year: 2012
   Make: Kia
   Model: Optima
   VIN #: 5XXGN4A7XCG088836
   Condition: Good

2. The interest of the Debtor in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the creditor) is a dischargeable consumer debt.

3. The allowed secured claim of said Creditor for purposes of redemption; the "redemption value" should be determined to be not more than $5,500.00 as evidenced by the attached written appraisal.

4. Arrangements have been made by the Debtor to pay to the said Creditor up to the aforesaid amount in a lump sum should this motion be granted.

5. The payment for this proposed redemption is to be financed through Prizm Financial Company, LLC with all of the particulars of that financing (interest rate, finance charge, amount financed, total payments, amount of payments, etc.) set forth in full detail in the attachments hereto. As demonstrated there, the monthly amount, term of payments, and the overall amount of the repayment will be decreased significantly through the proposed redemption. Moreover, the Debtor has agreed to borrow and disperse additional funds in the amount of $600.00, from their loan with Prizm Financial Company, LLC, for representation of the debtors in securing for the benefit of the debtors an order granting the right to redeem under 11 USC 722 a certain motor vehicle, such compensation being in addition to that previously disclosed and being for services rendered beyond the scope of the legal services to have been rendered for such compensation heretofore disclosed.

WHEREFORE, the Debtor requests the court to order the said Creditor to accept from the Debtor the lump sum payment of the redemption value and release their lien of record. In the event the said Creditor objects to this motion, the Debtor requests the court to determine the value of the property as of the time of the hearing on such objection.

Dated: 2/15/2017

Respectfully Submitted,
/s/ Anthony Y. Abueita
Anthony Y. Abueita., (P70755)
703 S Grand Traverse Ave
Flint, MI 48502
810-235-8669
abueitalaw@gmail.com

**UNITED STATED BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:
Anthony Williams

Debtor
___________________________________/

CHAPTER 7
CASE NUMBER: 16-32422

JUDGE: Daniel S. Opperman

## ORDER GRANTING REDEMPTION AND ATTORNEY FEES

Upon the motion of the Debtor and there has been no responsive filing or objections within the time required, the Court finds as follows;

1. The item to be redeemed is tangible personal property intended primarily for personal, family, or household use of the Debtors:

| | |
|---|---|
| Year: | 2012 |
| Make: | Kia |
| Model: | Optima |
| VIN #: | 5XXGN4A7XCG088836 |
| Condition: | Good |

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtors interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption value" is $5,500.00.

**IT IS HEREBY ORDERED,**

1. That the debtors may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following the entry of this Order the redemption amount.

2. Reasonable attorney fees and financing are approved under the terms and conditions set for the herein, but payment of the attorney fees shall not exceed $900, less any amounts previously paid by Debtor prior to the entry of this Order.

3. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accordance with the Debtor instruction.

4. In the event of the failure of the Creditor to cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as authorization for the said lien to be cancelled, and it is Ordered that the applicable Court Clerk's Office shall cancel same of record.

5. In the event of the failure of the Debtor to pay the redemption amount while such period, the automatic stay shall immediately be terminated.

Signed on

/s/________________________________
Daniel S. Opperman, United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:
Anthony Williams

Debtor

______________________________/

CHAPTER 7
CASE NUMBER: 16-32422

JUDGE: Daniel S. Opperman

**PROOF OF SERVICE**

I, Samantha D. Peters, being duly sworn, says:

(1) I am a legally competent adult and not a party or an officer of a corporate party in the above entitled action.

(2) I mailed a copy of Motion for Redemption, Notice and Opportunity for Hearing, and Proposed Order to Chapter 7 Trustee, Samuel Sweet by electronic mail on the date of filing, and to

Credit Union One
6170 S. Saginaw Rd
Grand Blanc MI 48439

by regular U.S. Mail

Dated: February 15, 2017

/s/ Samantha D Peters
Samantha D Peters, affiant
703 S. Grand Traverse Ave
Flint, Michigan 48502
Phone: (810) 235-8669
jessicamudge@gmail.com

/s/ Anthony Yacoub Abueita
Anthony Yacoub Abueita P70755
Attorney for Debtor
703 S. Grand Traverse Ave
Flint, Michigan 48502
Phone: (810) 235-8669
abuetialaw@gmail.com

**UNITED STATED BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:
Anthony Williams

Debtor

______________________________/

CHAPTER 7
CASE NUMBER: 16-32422

JUDGE: Daniel S. Opperman

**NOTICE OF MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY AND ATTORNEY FEES UNDER 11 USC 722**

PLEASE TAKE NOTICE that Anthony Y Abueita, PLC, attorney for debtor, has filed papers with the court for Redemption of Vehicle and Attorney Fees under 11 USC 722.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to consider this motion, or if you want the court to consider your views on the motion; within 21 days, you or your attorney must:

1. File with the court a written response or answer, explaining your position at*:

**United States Bankruptcy Court**
226 W Second St, Flint MI 48503

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

**Anthony Y Abueita, PLC**
703 S Grand Traverse Ave, Flint MI 48502

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.
**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: 02/15/2017

Respectfully Submitted,
/s/ Anthony Y. Abueita
Anthony Y. Abueita., (P70755)
703 S Grand Traverse Ave
Flint, MI 48502
810-235-8669
abueitalaw@gmail.com

*Response or answer must comply with F.R.Civ.P.8(b), (c) and (e).