**UNITED STATED BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:
Anthony Williams

Debtor

CHAPTER 7
CASE NUMBER: 16-32422

JUDGE: Daniel S. Opperman

___________________________________/

**ORDER GRANTING REDEMPTION AND ATTORNEY FEES**

Upon the motion of the Debtor and there has been no responsive filing or objections within the time required, the Court finds as follows;

1. The item to be redeemed is tangible personal property intended primarily for personal, family, or household use of the Debtors:

| | |
|---|---|
| Year: | 2012 |
| Make: | Kia |
| Model: | Optima |
| VIN #: | 5XXGN4A7XCG088836 |
| Condition: | Good |

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtors interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the “redemption value” is $5,500.00.

**IT IS HEREBY ORDERED,**

1. That the debtors may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following the entry of this Order the redemption amount.

2. Reasonable attorney fees and financing are approved under the terms and conditions set for the herein, but payment of the attorney fees shall not exceed $900, less any amounts previously paid by Debtor prior to the entry of this Order.

3. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accordance with the Debtor instruction.

4. In the event of the failure of the Creditor to cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as authorization for the said lien to be cancelled, and it is Ordered that the applicable Court Clerk’s Office shall cancel same of record.

5. In the event of the failure of the Debtor to pay the redemption amount while such period, the automatic stay shall immediately be terminated.

**Signed on April 04, 2017**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**